John P. Kristensen – Cal. Bar No. 224132
(Pro Hac Vice)
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Ste. 200
Los Angeles, CA 90066
Phone: (310) 507-7924
Fax: (310) 507-7906
*john@kristensenlaw.com*

Jarrett L. Ellzey — Texas Bar No. 24040864
**HUGHES ELLZEY, LLP**
(Pro Hac Vice)
2700 Post Oak Blvd., Ste. 1120
Galleria Tower I
Houston, TX 77056
Phone: (713) 554-2377
Fax: (888) 995-3335
*jarrett@hughesellzey.com*

Gregory K. Zeuthen – OSB No. 843961
**GREGORY K. ZEUTHEN, ATTORNEY AT LAW, P.C.**
210 SW Morrison Street, Suite 400
Portland, Oregon 97204
Phone: (503) 227-7257
Fax: (503) 228-1556
*gkz@zlawoffice.com*

**ATTORNEYS FOR PLAINTIFF
AND THE PROPOSED CLASS**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| ERIK MATTSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VISION QUEST LENDING,<br><br>Defendant. | Case No. 3:18-cv-00995-YY<br><br>**CLASS ACTION**<br><br>**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by and through their respective counsel, hereby stipulate to dismissal of the claims of Erik Mattson with prejudice and without costs or attorney fees to either party. The parties further stipulate to the dismissal of the putative class claims without prejudice and without costs or attorney fees to either party.

Dated: February 15, 2019

        Respectfully Submitted,

        /s/ John P. Kristensen
        John P. Kristensen—john@kristensenlaw.com
        Cal. Bar No. 224132 *(Pro Hac Vice)*
        KRISTENSEN WEISBERG, LLP
        12540 Beatrice Street, Ste. 200
        Los Angeles, CA 90066
        Phone: (310) 507-7924
        Fax: (310) 507-7906

        /s/ Jarrett Ellzey
        Jarrett L. Ellzey—jarrett@hughesellzey.com
        Texas Bar No. 24040864 *(Pro Hac Vice)*
        HUGHES ELLZEY, LLP
        2700 Post Oak Blvd., Ste. 1120
        Galleria Tower I
        Houston, TX 77056
        Phone: (713) 554-2377
        Fax: (888) 995-3335

        /s/ Gregory K. Zeuthen
        Gregory K. Zeuthen - gkz@zlawoffice.com
        Oregon Bar No. 849631
        GREGORY K. ZEUTHEN, ATTORNEY AT LAW, P.C.
        210 SW Morrison Street, Suite 400
        Portland, Oregon 97204
        Phone: (503) 227-7257
        Fax: (503) 228-1556
        **ATTORNEYS FOR PLAINTIFF**
        **AND THE PROPOSED CLASS**

/s/ Nicholas H. Pyle
---

Nicholas H. Pyle - nicholas.pyle@millernash.com
Oregon Bar No. 165175
Joshua M. Sasaki, P.C. – josh.sasaki@millernash.com
Oregon Bar No. 964182
Phone: 503.224.5858
Fax: 503.224.0155
**ATTORNEYS FOR DEFENDANT**
**VISION QUEST LENDING**

## **CERTIFICATE OF SERVICE**

I certify that on this fifteenth day of February 2019, the foregoing document titled STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE was served in accordance with the Court's CM/ECF system, which will send notification of such filing and a true copy of the foregoing document by notice via email to the ECF participants of record.

*/s/ Vanessa Brahm*
Vanessa Brahm